1 | Jeffrey L. Fazio (146043) (jlf@fazmiclaw.com)
2 | Dina E. Micheletti (184141) (dem@fazmiclaw.com)
**FAZIO | MICHELETTI LLP**
3 | 2410 Camino Ramon, Suite 315
San Ramon, CA  94583
4 | T:  925-543-2555
F:  925-369-0344

5 | Charles J. LaDuca (*pro hac vice* forthcoming) (charles@cuneolaw.com)
6 | Michael J. Flannery (196266) (mflannery@cuneolaw.com)
**CUNEO GILBERT & LADUCA. LLP**
7 | 4725 Wisconsin Ave. NW, Suite 200
Washington. D.C. 20016
8 | T: 202-789-3960
F: 202-789-1813

9 | William M. Audet (117456) (waudet@audetlaw.com)
10 | Gwendolyn R. Giblin (181973) (ggiblin@audetlaw.com)
**AUDET & PARTNERS, LLP**
11 | 711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3275
12 | T: 415-568-2555
F: 415-568-2556

13 | Donald R. Pepperman (109809) (dpepperman@bakermarquart.com)
**BAKER & MARQUART LLP**
14 | 2029 Century Park East, Sixteenth Floor
Los Angeles, CA 90067
15 | **T:** 424-652-7804
**F:** 424-652-7850

Attorneys for Plaintiffs
Rajdave Bhandari and Jevdet Rexhepi,
 on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJDAVE BHANDARI and JEVDET REXHEPI, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>TOYOTA MOTOR SALES USA, INC., and DOES 1-10, inclusive,<br><br>    Defendants. | **No. 18-cv-6184**<br><br>**CLASS ACTION**<br><br>**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**<br><br>**JURY TRIAL DEMANDED** |